16616.   HEWITT *v.* THE STATE.

LUKE, J. Hewitt was accused and convicted of the offense of larceny after trust. The evidence did not authorize his conviction, and for this reason the court erred in overruling his motion for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 29, 1925.

Accusation of larceny after trust; from city court of Wrightsville —Judge Blount. June 6, 1925.

The accusation charged that Ray Hewitt "was intrusted with one ten dollar bill  .  .  by G. H. Prescott, for the use and benefit of the latter, and did  .  .  fraudulently convert the said ten dollars to his own use, to the injury and without the consent of G. H. Prescott and without paying G. H. Prescott the price thereof."

On the trial Prescott testified that he traded with Ray Hewitt in January to work his (Prescott's) farm for him this year; Hewitt was then living with E. J. Sumner, and told Prescott that he owed Sumner an account, and Prescott would have to advance him $10 to pay it, before he could move; and Prescott advanced that amount of money to him, to pay Sumner before moving to Prescott's farm. After moving there he stayed about three weeks and left. Sumner testified that Hewitt owed him about $7 at the time Hewitt moved, and it was not paid.

Cited for plaintiff in error: 19 *Ga. App.* 230 (3) ; 9 *Ga. App.* 853-5 ; 97 *Ga.* 207.

*C. S. Claxton,* for plaintiff in error.

*J. Roy Rowland, solicitor,* contra.